Schiff Hardin LLP
Stephen M. Hankins (CSB154886)
shankins@schiffhardin.com
Sarah D. Youngblood )CSB 244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

Attorneys for Plaintiff
CAVEMAN FOODS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVEMAN FOODS, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>ANN PAYNE'S CAVEMAN FOODS, LLC,<br><br>          Defendant. | Case No.  2:12-cv-01112-WBS-DAD<br><br>**[PROPOSED]** ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Judge:  Hon. William B. Shubb |

Good cause appearing, the September 4, 2012 Initial Case Management Conference in the above-captioned case is continued to November 13, 2012 at 2:00 p.m. in Courtroom 5 on the 14th Floor of the United States Courthouse, 501 I Street, Sacramento, California.

IT IS SO ORDERED.

DATED: August 15, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2:12-CV-01112-WBS-DAD
[PROPOSED] ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE