1   Schiff Hardin LLP
    Stephen M. Hankins (CSB154886)
2   shankins@schiffhardin.com
    Sarah D. Youngblood )CSB 244304)
3   syoungblood@schiffhardin.com
    One Market, Spear Street Tower
4   Thirty-Second Floor
    San Francisco, CA  94105
5   Telephone:     (415) 901-8700
    Facsimile:     (415) 901-8701
6
7   Attorneys for Plaintiff
    CAVEMAN FOODS, LLC

8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12  CAVEMAN FOODS, LLC,                 Case No.  2:12-cv-01112-WBS-DAD

13              Plaintiff,              **ORDER GRANTING REQUEST FOR
                                        ENLARGEMENT OF TIME TO SERVE
14  v.                                  COMPLAINT**

15  ANN PAYNE'S CAVEMAN FOODS,          Judge:  Hon. William B. Shubb
    LLC,
16
                Defendant.
17

18

19          Good cause appearing, Plaintiff Caveman Foods, LLC's Request For Enlargement of

20  Time to Serve Complaint is hereby GRANTED.  The time for Plaintiff Caveman Foods, LLC to

21  complete service of the Complaint in the above-captioned action is extended by 28 days, with

22  service to now be completed on or before September 20, 2012.

23  IT IS SO ORDERED.

24  DATED:  August 24, 2012

25                          _William D. Shubb_

26                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
27

28  CH2\11725140.1                                      2:12-CV-01112-WBS-DAD

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO       **[PROPOSED] ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME TO SERVE
                    COMPLAINT**