Schiff Hardin LLP
Stephen M. Hankins (CSB154886)
shankins@schiffhardin.com
Sarah D. Youngblood )CSB 244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

Attorneys for Plaintiff
CAVEMAN FOODS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVEMAN FOODS, LLC, | Case No.  2:12-cv-01112-WBS-DAD |
| Plaintiff, | **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| ANN PAYNE'S CAVEMAN FOODS, LLC, | Judge:  Hon. William B. Shubb |
| Defendant. | |

Good cause appearing, the November 13, 2012 Initial Case Management Conference in the above-captioned case is continued to November 26, 2012 at 2:00 p.m. in Courtroom 5 on the 14th Floor of the United States Courthouse, 501 I Street, Sacramento, California.   A Joint Status Report shall be filed no later than November 13, 2012.

IT IS SO ORDERED.

DATED:  October 31, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2:12-CV-01112-WBS-DAD

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**