1

2

3

4

5

6

7

8

9                UNITED STATES DISTRICT COURT

10      EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11

12 | CAVEMAN FOODS, LLC, | Case No. 2:12-cv-01112-WBS-DAD |

13              Plaintiff,           **ORDER ON JOINT STIPULATION TO STAY CASE**

14       vs.

15 ANN PAYNE'S CAVEMAN FOODS,        Trial Date:       12/10/2013
LLC,

16             Defendant.

17

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28

WHEREAS, in view of the Parties' JOINT STIPULATION TO STAY CASE and the grounds set forth therein, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1.  All deadlines set forth in the Court's Scheduling Order [Docket Entry No. 26] be vacated and the case stayed for 60 days, while the parties finalize a settlement agreement; and

2.  The parties shall either file a stipulated dismissal or a status report with the Court within 30 days of entry of the Court's order on the Stipulation concerning the progress of settlement.

**IT IS SO ORDERED.**

Dated:  May 22, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1  Presented on May 22, 2013 by:

2

3    _____/s/ - Mark B. Mizrahi_____
   MARK B. MIZRAHI (State Bar No. 179384)
4      mmizrahi@wrslawyers.com
   WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
5  11400 West Olympic Boulevard, 9th Floor
   Los Angeles, California 90064-1582
6  Telephone:    (310) 478-4100
   Facsimile:    (310) 479-1422
7
   Attorneys for Plaintiff ,
8  CAVEMAN FOODS, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28