1  MARK B. MIZRAHI (State Bar No. 179384)
     E-mail: mmizrahi@wrslawyers.com
2  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   11400 West Olympic Boulevard, 9th Floor
3  Los Angeles, California 90064-1582
   Telephone:   (310) 478-4100
4  Facsimile:   (310) 479-1422

5  Attorneys for Plaintiff,
   CAVEMAN FOODS, LLC

6

7

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11 | CAVEMAN FOODS, LLC,             | Case No. 2:12-cv-01112-WBS-DAD
12 |           Plaintiff,            | **ORDER RE: APPLICATION FOR COUNSEL FOR PLAINTIFF TO APPEAR AT THE STATUS CONFERENCE BY TELEPHONE**
13 |      vs.                        |
14 | ANN PAYNE'S CAVEMAN FOODS, LLC, | Trial Date:   None
15 |
16 |           Defendant.            |

17

18

19

20         WHEREAS, in view of counsel for plaintiff Caveman Foods, LLC, Mark B.

21 Mizrahi's application for leave to appear via telephone at the Status Conference Regarding

22 Case Status and Settlement, presently scheduled for December 23, 2013 at 2:00 P.M., and

23 GOOD CAUSE appearing therefor,

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1 IT IS HEREBY ORDERED that Plaintiff's application is hereby granted.
2 Mr. Mizrahi will receive a separate email notification from the courtroom deputy with
3 instructions on how to participate in the telephone conference call through the Court's
4 telephone conferencing service.  Counsel shall immediately confirm receipt of said email.
5 IT IS SO ORDERED.
6 Dated:  December 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE