MARK B. MIZRAHI (State Bar No. 179384)
  E-mail: mmizrahi@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:   (310) 478-4100
Facsimile:   (310) 479-1422

Attorneys for Plaintiff,
CAVEMAN FOODS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CAVEMAN FOODS, LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>ANN PAYNE'S CAVEMAN FOODS, LLC,<br><br>            Defendant. | Case No. 2:12-cv-01112-WBS-DAD<br><br>**ORDER RE: APPLICATION FOR COUNSEL FOR PLAINTIFF TO APPEAR BY TELEPHONE AT THE APRIL 7, 2014  DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW**<br><br>Trial Date:      None |

WHEREAS, in view of counsel for plaintiff Caveman Foods, LLC, Mark B. Mizrahi's application for leave to appear via telephone at the Motion to Withdraw as Counsel of Record for Defendant Ann Payne's Caveman Foods, LLC, presently scheduled for April 7, 2014, at 2:00 P.M., and GOOD CAUSE appearing therefor,

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS HEREBY ORDERED that Plaintiff's application is hereby granted.
2  Mr. Mizrahi will receive a separate email notification from the courtroom deputy with
3  instructions on how to participate in the telephone conference call through the Court's
4  telephone conferencing service.  Counsel shall immediately confirm receipt of said email.
5  IT IS SO ORDERED.
6  Dated:  March 28, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE