Nancy Rubner Frandsen (*pro hac* vice)
Jacqueline M. Lesser (*pro hac* vice)
Kevin M. Bovard (SBN 247521)
BAKER & HOSTETLER LLP
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA  19104-2891
Telephone:  215.568.3100
Facsimile:  215.568.3439
Email:  nfrandsen@bakerlaw.com

Attorneys for Defendant
ANN PAYNE'S CAVEMAN FOODS, LLC

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CAVEMAN FOODS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ANN PAYNE'S CAVEMAN FOODS, LLC,<br><br>    Defendant. | **ORDER RE:  APPLICATION FOR COUNSEL TO APPEAR BY TELEPHONE AT THE APRIL 7, 2014 HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**<br><br>Case No.: 2:12-CV-01112-WBS-DAD<br><br>Trial Date:   None |

WHEREAS, in view of counsel of record for defendant Ann Payne's Caveman Foods, LLC, Nancy Rubner Frandsen's application for leave to appear via telephone at the Motion to Withdraw as Counsel of Record for Defendant Ann Payne's Caveman Foods, LLC, presently scheduled for April 7, 2014, at 2:00 P.M., and GOOD CAUSE appearing therefor,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that this application is hereby granted.  Ms. Frandsen will receive a separate email notification from the courtroom deputy with instructions on how to participate in the telephone conference call through the Court's telephone conferencing service.  Counsel shall immediately confirm receipt of said email.

IT IS SO ORDERED.

Dated:  April 1, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE