BAKER & HOSTETLER LLP
Nancy Rubner Frandsen (*pro hac vice*)
Jacqueline M. Lesser (*pro hac vice*)
Kevin M. Bovard (SBN 247521)
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
Telephone:     215-568-3100
Facsimile:     215-568-3439
Email: nfrandsen@bakerlaw.com

Attorneys for Defendant,

Ann Payne's Caveman Foods, LLC

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CAVEMAN FOODS, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>ANN PAYNE'S CAVEMAN FOODS, LLC,<br><br>              Defendant. | **ORDER RE:  APPLICATION FOR DEFENDANT TO APPEAR BY TELEPHONE AT THE APRIL 7, 2014 HEARING ON THE MOTION OF BAKER & HOSTETLER, LLP TO WITHDRAW AS COUNSEL FOR DEFENDANT**<br><br>Case No.: 2:12-CV-01112-WBS-DAD<br><br>Trial Date:  None |

WHEREAS, in view of defendant Ann Payne's Caveman Foods, LLC's application to have George Sampson appear on behalf of defendant, which has permanently discontinued all business operations, via telephone at the hearing on the Motion of Baker & Hostetler, LLP to Withdraw as Counsel of Record for Defendant Ann Payne's Caveman Foods, LLC, presently scheduled for April 7, 2014, at 2:00 P.M., and GOOD CAUSE appearing therefor,

/ / /

/ / /

/ / /

/ / /

1  / / /

2  / / /

3       IT IS HEREBY ORDERED that this application is hereby granted.  Defendant's counsel,
4  Nancy Frandsen, will receive a separate email notification from the courtroom deputy with
5  instructions on how Mr. Sampson is to participate in the telephone conference call through the
6  Court's telephone conferencing service. Ms. Frandsen will communicate this to Mr. Sampson.
7  Counsel shall immediately confirm receipt of said email.

8       IT IS SO ORDERED.

9  Dated:  April 4, 2014

10  _____
    WILLIAM B. SHUBB
11  UNITED STATES DISTRICT JUDGE

16  DATED:                           _____
                                      The Honorable William B. Schubb,
17                                    United States District Judge