1  MARK B. MIZRAHI (State Bar No. 179384)
     E-mail: mmizrahi@wrslawyers.com
2  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   11400 West Olympic Boulevard, 9th Floor
3  Los Angeles, California 90064-1582
   Telephone:   (310) 478-4100
4  Facsimile:   (310) 479-1422

5  Attorneys for Plaintiff,
   CAVEMAN FOODS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CAVEMAN FOODS, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>ANN PAYNE'S CAVEMAN FOODS, LLC,<br><br>      Defendant. | Case No. 2:12-cv-01112-WBS-DAD<br><br>**ORDER UPON APPLICATION FOR COUNSEL FOR PLAINTIFF TO APPEAR BY TELEPHONE AT THE NOVEMBER 2, 2015 HEARING ON DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW** |

WHEREAS, in view of counsel for plaintiff Caveman Foods, LLC, Mark B. Mizrahi's application for leave to appear via telephone at the Motion to Withdraw as Counsel of Record for Defendant Ann Payne's Caveman Foods, LLC, presently scheduled for November 2, 2015, at 2:00 P.M., and GOOD CAUSE appearing therefor,

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER RE: PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE

1   IT IS HEREBY ORDERED that Plaintiff's application is hereby granted.
2  Mr. Mizrahi will receive a separate email notification from the courtroom deputy with
3  instructions on how to participate in the telephone conference call through the Court's
4  telephone conferencing service.  Counsel shall immediately confirm receipt of said email.
5   IT IS SO ORDERED.
6   Dated:  October 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE