Nancy Rubner Frandsen (*pro hac* vice)
Jacqueline M. Lesser (*pro hac* vice)
Kevin M. Bovard (SBN 247521)
BAKER & HOSTETLER LLP
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA  19104-2891
Telephone:   215.568.3100
Facsimile:   215.568.3439
Email:   nfrandsen@bakerlaw.com

Attorneys for Defendant
ANN PAYNE'S CAVEMAN FOODS, LLC

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CAVEMAN FOODS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ANN PAYNE'S CAVEMAN FOODS, LLC,<br><br>  Defendant. | **[PROPOSED] ORDER RE: APPLICATION FOR COUNSEL TO APPEAR BY TELEPHONE AT THE NOVEMBER 2, 2015 HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**<br><br>Case No.: 2:12-CV-01112-WBS-DAD<br><br>Trial Date:   None |

WHEREAS, in view of counsel of record for defendant Ann Payne's Caveman Foods, LLC, Nancy Rubner Frandsen's application for leave to appear via telephone at the Motion to Withdraw as Counsel of Record for Defendant Ann Payne's Caveman Foods, LLC, presently scheduled for November 2, 2015, at 2:00 P.M., and GOOD CAUSE appearing therefor,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

1      IT IS HEREBY ORDERED that this application is hereby granted.  Ms. Frandsen will
2  receive a separate email notification from the courtroom deputy with instructions on how to
3  participate in the telephone conference call through the Court's telephone conferencing service.
4  Counsel shall immediately confirm receipt of said email.
5      IT IS SO ORDERED.
6  Dated:  October 20, 2015

                                       WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -
[PROPOSED] ORDER RE:  DEFENDANT'S COUNSEL OF RECORD'S REQUEST FOR TELEPHONIC APPEARANCE