1  MARK B. MIZRAHI (State Bar No. 179384)
     E-mail: mmizrahi@wrslawyers.com
2  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   11400 West Olympic Boulevard, 9th Floor
3  Los Angeles, California 90064-1582
   Telephone:   (310) 478-4100
4  Facsimile:   (310) 479-1422

5  Attorneys for Plaintiff,
   CAVEMAN FOODS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| CAVEMAN FOODS, LLC, | Case No. 2:12-cv-01112-WBS-DAD |
|---|---|
| Plaintiff, | **APPLICATION FOR COUNSEL FOR PLAINTIFF TO APPEAR BY TELEPHONE AT THE MARCH 28, 2016 SCHEDULING CONFERENCE** |
| vs. | |
| ANN PAYNE'S CAVEMAN FOODS, LLC, | Trial Date:     None |
| Defendant. | |

WHEREAS, in view of counsel for plaintiff Caveman Foods, LLC, Mark B. Mizrahi's application for leave to appear via telephone at the Scheduling Conference as Counsel of Record for Defendant Ann Payne's Caveman Foods, LLC, presently scheduled for March 28, 2016, at 1:30 P.M., and GOOD CAUSE appearing therefor,

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER RE: PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE

1  IT IS HEREBY ORDERED that Plaintiff's application is hereby granted.
2  Mr. Mizrahi will receive a separate email notification from the courtroom deputy with
3  instructions on how to participate in the telephone conference call through the Court's
4  telephone conferencing service.  Counsel shall immediately confirm receipt of said email.
5  IT IS SO ORDERED.
6  Dated:  March 22, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE