Nancy Rubner Frandsen (*pro hac* vice)
Jacqueline M. Lesser (*pro hac* vice)
Kevin M. Bovard (SBN 247521)
BAKER & HOSTETLER LLP
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA  19104-2891
Telephone:    215.568.3100
Facsimile:     215.568.3439
Email:           nfrandsen@bakerlaw.com

Attorneys for Defendant
ANN PAYNE'S CAVEMAN FOODS, LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CAVEMAN FOODS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ANN PAYNE'S CAVEMAN FOODS, LLC,<br><br>    Defendant. | **ORDER RE:  APPLICATION FOR COUNSEL TO APPEAR BY TELEPHONE AT THE MARCH 28, 2016, SCHEDULING CONFERENCE**<br><br>Case No.: 2:12-cv-01112-WBS-DAD<br><br>Trial Date:   None |

   WHEREAS, in view of counsel for defendant, Nancy Rubner Frandsen's application for leave to appear via telephone at the Scheduling Conference as Counsel of Record for Defendant Ann Payne's Caveman Foods, LLC, presently scheduled for March 28, 2016, at 1:30 P.M., and GOOD CAUSE appearing therefor,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that counsel's application is hereby granted. Ms. Frandsen will receive a separate email notification from the courtroom deputy with instructions on how to participate in the telephone conference call through the Court's telephone conferencing service. Counsel shall immediately confirm receipt of said email.

IT IS SO ORDERED.

Dated: March 23, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: DEFENDANT'S COUNSEL OF RECORD'S REQUEST FOR TELEPHONIC APPEARANCE