UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CAVEMAN FOODS, LLC, | Civ. No. 2:12-1112 WBS CKD |
| Plaintiff, | ORDER |
| v. | |
| ANN PAYNE'S CAVEMAN FOODS, LLC, | |
| Defendant. | |

----oo0oo----

Plaintiff Caveman Foods, LLC, a California limited liability company, brought this action against defendant Ann Payne's Caveman Foods, LLC, a Pennsylvania limited liability company, asserting claims for trademark infringement and unfair competition. (Docket No. 1.) A telephonic Status (Pretrial Scheduling) Conference was held on March 28, 2016.

Mark Mizrahi appeared as counsel for plaintiff and Nancy Frandsen appeared as counsel for defendant. Leslie Tayne-Zimmer also appeared and represented she was the sole member of defendant Ann Payne's Caveman Foods, LLC. The parties agreed to

1

a stay of all proceedings in order to confer regarding resolution of this matter in the form of a stipulated permanent injunction and dismissal of the action.

Accordingly, the court will stay the proceedings in this case and set a Status Conference for May 9, 2016 at 1:30 p.m., with the anticipation that the parties will file a stipulation and dismissal of this action before that date.  The parties shall file a Joint Status Report no later than May 2, 2016 if no dismissal has been filed by May 2, 2016.

IT IS THEREFORE ORDERED that:

(1) proceedings in this action shall be, and the same hereby are, STAYED until May 9, 2016;

(2) the Status Conference herein is continued to May 9, 2016 at 1:30 PM in Courtroom No. 5; and

(3) the parties shall submit a Joint Status Report no later than May 2, 2016 if no dismissal has been filed by May 2, 2016.

IT IS SO ORDERED.

Dated:  March 28, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2