UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CAVEMAN FOODS, LLC,<br><br>            Plaintiff,<br><br>       vs.<br><br>ANN PAYNE'S CAVEMAN FOODS, LLC,<br><br>            Defendant. | Case No. 2:12-cv-01112-WBS-CKD<br><br>**ORDER ON JOINT STATUS REPORT CONCERNING THE PROGRESS OF SETTLEMENT**<br><br>Trial Date:        TBD |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  WHEREAS, in view of the Parties' JOINT STATUS REPORT CONCERNING THE PROGRESS OF SETTLEMENT (Docket Entry No. 77) and the grounds set forth therein, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The stay of the case until May 9, 2016 set forth in the Court's March 29, 2016 Minute Order (Docket Entry No. 76) is hereby extended by 35 days through and including June 20, 2016;

2. The parties shall either file a stipulated dismissal or a further Joint Status Report by no later than June 14, 2016; and

3. The Scheduling Conference is continued to July 5, 2016 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:   May 3, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1  Presented on May 2, 2016 by:

2

3       /s/ - Mark B. Mizrahi
   MARK B. MIZRAHI (State Bar No. 179384)
4     mmizrahi@wrslawyers.com
   WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
5  11400 West Olympic Boulevard, 9th Floor
   Los Angeles, California 90064-1582
6  Telephone:   (310) 478-4100
   Facsimile:    (310) 479-1422
7
   Attorneys for Plaintiff,
8  CAVEMAN FOODS, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: JOINT STIPULATION TO STAY CASE