1  MARK B. MIZRAHI (State Bar No. 179384)
    mmizrahi@wrslawyers.com
2  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   11400 West Olympic Boulevard, 9th Floor
3  Los Angeles, California 90064-1582
   Telephone:   (310) 478-4100
4  Facsimile:   (310) 479-1422

5  Attorneys for Plaintiff CAVEMAN FOODS, LLC

7  NANCY RUBNER FRANDSEN (*pro hac vice*)
    nfrandsen@bakerlawk.com
8  BAKER & HOSTETTLER LLP
   Cira Centre, 12th Floor
9  2929 Arch Street
10 Philadelphia, PA 19104-2891
   Telephone: 215-568-3100
11 Facsimile: 215-568-3439

12
   Attorneys for Defendant, ANN PAYNE'S
13 CAVEMAN FOODS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CAVEMAN FOODS, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANN PAYNE'S CAVEMAN FOODS, LLC,<br><br>    Defendant. | Case No. 2:12-cv-01112-WBS-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)] AND PERMANENT INJUNCTION**<br><br>Trial Date:     TBD |

1   IT IS HEREBY STIPULATED by and between the parties to this action, through their
2   counsel of record, that the above-captioned action is DISMISSED WITH PREJUDICE
3   pursuant to the following terms:

4      1. Defendant, its officers, agents, servants, representatives, employees, and
5   attorneys, and all other persons who are in active concert or participation with any of
6   them who receives actual notice of this Order by personal service or otherwise, are
7   PERMANENTLY ENJOINED from the following:

8         A. Using any formatives of the CAVEMAN mark, or any mark
9   confusingly similar to the Plaintiff's CAVEMAN marks, in connection with the
10  marketing, promotion, advertising, sale, or distribution of any food or beverage
11  products;

12        B. Manufacturing, importing, advertising, promoting, supplying,
13  distributing, offering for sale, or selling any products which bear the ANN
14  PAYNE'S CAVEMAN FOODS mark, or any mark confusingly similar;

15        C. Engaging in any other activity constituting unfair competition with
16  Plaintiff, or acts and practices that deceive consumers, the public, and/or trade,
17  including the use of designations and formatives of CAVEMAN associated with
18  Plaintiff;

19        D. Committing any other act which falsely represents or which has the
20  effect of falsely representing that the goods and/or services of Defendant are
21  licensed by, authorized by, offered by, produced by, sponsored by, or in any
22  other way associated with the Plaintiff.

23     2. Defendant is ORDERED to recall from any distributors and retailers and to
24  destroy or dispose of all remaining inventory of all infringing products, including all
25  advertisements, promotional and marketing materials, as well as the means of making the
26  same.

27     3. Each party shall bear its own costs, expenses, and fees incurred to date.
28

DATED: June 14, 2016         WOLF, RIFKIN, SHAPIRO,
                             SCHULMAN & RABKIN, LLP


                             By:    /s/ - Mark B. Mizrahi
                                    MARK B. MIZRAHI
                                    Attorneys for Plaintiff CAVEMAN FOODS, LLC


DATED: June 14, 2016         BAKER & HOSTETLER LLP



                             By:    /s/ - Nancy R. Frandsen (as authorized on 6-14-16)
                                    NANCY RUBNER FRANDSEN
                                    Attorneys for Defendant ANN PAYNE'S CAVEMAN FOODS, LLC



IT IS SO ORDERED.

Dated:  June 15, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE